POWELL C. KILLAM ET AL., ADM'RS V. SAMUEL D. AXFORD.

*Affirmance of decree for weight of evidence.*

A decree is affirmed where no sufficient reason is seen to disturb the conclusion of the court below upon the preponderance of testimony.

Appeal from Lapeer. Submitted June 19. Decided June 21.

INJUNCTION to restrain foreclosure. Defendant appeals.

*Gaskill & Geer* for complainants.

*J. M. Wattles* for defendant.

CAMPBELL, C. J. The issue in this case relates to the payment of a certain sum upon a mortgage. The testimony is at variance, and in the court below it was found to preponderate in favor of payment. We see no sufficient ground for refusing to accept this conclusion. The decree must be affirmed with costs.

The other Justices concurred.